# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URBAN TEXTILE, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITI TRENDS, INC., a Delaware Corporation; APOLLO APPAREL GROUP, A New York Limited Liability Company and DOES 1 through 10, Inclusive,<br><br>Defendants. | CASE NO. 2:16-CV-05509-TJH-(JCx)<br><br>*Honorable Terry J. Hatter Jr., Presiding*<br><br>**ORDER DISMISSING THE ACTION WITH PREJUDICE [JS-6]** |

## ORDER

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is hereby dismissed *with* prejudice in its entirety, against all Defendants, together with all claims and/or causes of action arising therefrom; and

2. Plaintiff and Defendants will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

**IT IS SO ORDERED.**

Date: February 10, 2017

_____
The Honorable Terry J. Hatter Jr.
United States District Judge